1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE A. PRINCE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700




**SEALED**

**FILED**

NOV 16 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | 2:12 - SW - 0 7 6 8   DAD<br>S.W. NO. |
| ) | |
| ) | |
| ) | |
| Metro PCS mobile telephone ) | ORDER RE: REQUEST TO SEAL |
| number: 916-912-7051 ) | DOCUMENTS |
| ) | |
| ) | |
| ) | |
| ) | |

        Upon application of the United States of America and good cause
having been shown,

        IT IS HEREBY ORDERED that the search warrant and search warrant
affidavit underlying the search warrant in the above-captioned
proceeding shall be filed under seal and shall not be disclosed to
any person unless otherwise ordered by this Court, with the exception
that a copy of the search warrant will be left at the scene of the
search.

Date:  _November 16_, 2012

                                    _Dale A. Drozd_
                                    United States Magistrate Judge

                                    1